**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NATIONAL HISPANIC CORPORATE ACHIEVERS, INC.,**

        **Plaintiff,**

-vs-                                  Case No. 6:08-cv-1520-Orl-31GJK

**ELECTRA THEODORIDES-BUSTLE as Executive Director of the Florida Department of Highway Safety and Motor Vehicles,**

        **Defendants.**

_____

# ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 13) filed by the Defendant on October 17, 2008. The Plaintiff has not filed a response or sought an extension of time for doing so. Accordingly, pursuant to Local Rule 3.01(b), the motion is treated as unopposed. Accordingly, it is hereby

**ORDERED** that the motion is granted and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2008.

                                                            GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party